UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

In the Matter of the reassignment of  ORDER
Civil Cases to the Honorable Miroslav Lovric  OF REASSIGNMENT

---

      **ORDERED** that the following cases are hereby reassigned to the Honorable Miroslav Lovric, U.S. Magistrate Judge. These cases will remain assigned to the presiding U.S. District Judges:

| | **Case Number** | **Caption** |
|---|---|---|
| 1) | 5:11-cv-1202 (NAM/DEP) | Zehner v. Board of Education of the Jordan-Elbridge Central School District, et al |
| 2) | 5:14-cv-1565 (TJM/DEP) | Irvine v. City of Syracuse, et al |
| 3) | 5:15-cv-327 (GLS/DEP) | J & W Trading and Leasing, Inc. v. Beth Van Doren, et al |
| 4) | 5:16-cv-622 (BKS/DEP) | Johnson v. The City of Syracuse, et al |
| 5) | 5:17-cv-54 (LEK/DEP) | Jennings v. Decker, et al |
| 6) | 5:17-cv-378 (BKS/DEP) | Barr v. Bass Pro Outdoor World, LLC |
| 7) | 5:17-cv-522 (DNH/DEP) | Rotondo v. Best Buy Stores, LLC |
| 8) | 5:17-cv-549 (MAD/DEP) | 360Heros, Inc. v. Mainstreet America Assurance Co. |
| 9) | 5:17-cv-570 (LEK/DEP) | Upstate New York Engineers Health Fund, et al v. John F. and John P. Wenzel Contractors, Inc., et al |
| 10) | 5:17-cv-933 (BKS/DEP) | Wolongevicz v. Town of Manlius, et al |
| 11) | 5:17-cv-1356 (GTS/DEP) | Horsey v. Tripp, et al |
| 12) | 5:18-cv-43 (TJM/DEP) | Noakes v. Syracuse University |
| 13) | 5:18-cv-150 (DNH/DEP) | Burton v. Abraham, et al |
| 14) | 5:18-cv-272 (BKS/DEP) | Tripolone v. United Air Lines, Inc., et al |
| 15) | 5:18-cv-307 (TJM/DEP) | Cortland Line Holdings, LLC, et al v. Lieverst |
| 16) | 5:18-cv-330 (LEK/DEP) | Buczakowski v. Crouse Health Hospital, Inc. |

**IT IS SO ORDERED.**

Dated: July 1, 2019
Syracuse, New York

*/s/ Glenn T. Suddaby*
Chief U.S. District Judge
Northern District of New York